PROB 12C
(7/93)

Report Date: November 20, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 20 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Silvio Agli        Case Number: 0980 2:11CR06056-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 29, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 and 2 | |
| Original Sentence: | Prison 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: November 15, 2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: November 14, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. |
| | **Supporting Evidence**: Robert Agli is considered in violation of his term of supervised release by failing to report to the probation office after releasing from the custody of the Bureau of Prisons on November 15, 2013. |
| | The defendant was released from the Bureau of Prisons on November 15, 2013, and was directed to report to the probation office. The defendant has failed to contact the probation office in person or by phone since his release. His whereabouts are currently unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Prob12C
**Re: Agli, Robert Silvio**
**November 20, 2013**
**Page 2**

|  |  |
|---|---|
| Executed on: | 11/20/2013 |
|  | s/David L. McCary |
|  | David L. McCary<br>U.S. Probation Officer |

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

_____
Signature of Judicial Officer

11/20/13
Date