PROB 12C
(7/93)

Report Date:  January 30, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Silvio Agli          Case Number: 0980 2:11CR06056-001

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 29, 2012

| | |
|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 & 2; Manufacturing Counterfeit Currency and Aiding and Abetting, 18 U.S.C. § 471 & 2; Manufacturing Counterfeit Currency and Aiding and Abetting, 18 U.S.C. § 471 & 2; Manufacturing Counterfeit Currency and Aiding and Abetting, 18 U.S.C. § 471 & 2; Manufacturing Counterfeit Currency and Aiding and Abetting, 18 U.S.C. § 471 & 2; Possession of Counterfeit Currency and Aiding and Abetting, 18 U.S.C. § 472 & 2; |
| Original Sentence: | Prison 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 29, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 28, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by using a controlled substance marijuana on or prior to October 8, 2014.

On October 8, 2014, the defendant reported to First Step Community Counseling and provided a random urinalysis test which tested presumptive positive for the presence of marijuana. The defendant denied using any marijuana. The sample was confirmed positive for the presence marijuana on October 10, 2014.  The defendant later stated he was associating with individuals who were using marijuana.

2       **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to January 27, 2015.

On January 27, 2015, the defendant reported to the probation office in Richland and admitted to using methamphetamine daily for over a week. The defendant signed an admissions form to the use of methamphetamine.

3       **Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by failing to notify probation prior to changing his residence.

On January 26, 2015, the defendant's state Community Corrections Officer was advised by the defendant's girlfriend that he was no longer living at the residence.

On January 26, 2015, an attempt was made to contact the defendant at his residence. No one was located at the home. A call was placed to the defendant's mother and she advised the defendant was no longer staying at his listed address in Richland but was staying at his father's in Kennewick. She could not provide the address.

On January 28, 2015, contact was made with the defendant's girlfriend at his listed address in Richland. She indicated the defendant was not there but denied he had moved out. She stated she could contact the defendant and have him report to the office. The defendant reported and admitted he had been living at various places for over a week using methamphetamine.

4       **Special Condition # 22**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by being removed from chemical dependency treatment on or prior to January 26, 2015.

Prob12C
**Re: Agli, Robert Silvio**
**January 30, 2015**
**Page 3**

5      **Special Condition # 23**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by failing to report for random urinalysis testing on November 20, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/30/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ X ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/30/2015

Date