PROB 12C
(7/93)

Report Date: March 3, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 03 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Silvio Agli            Case Number: 0980 2:11CR06056-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 29, 2012

| | |
|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 and 2; manufacturing Counterfeit Currency and Aiding and Abetting, 18 U.S.C. § 471 &2; |
| Original Sentence: | Prison 27 months; TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: February 26, 2015

Date Supervision Expires: May 25, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by failing to call and report his address as directed on February 27, 2015.<br><br>On February 27, 2015, the defendant called and stated he was going to obtain his phone and then go to his mother's home to stay.  He noted his mother was in custody and he may have to stay with a friend until Monday, March 2, 2015.  The defendant was directed to call this officer every day between February 27, 2015, and March 2, 2015, to advise where he would be staying. The defendant failed to contact this officer as directed. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.<br><br>**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by failing to report as directed on March 2, 2015. |

Prob12C
Re: Agli, Robert Silvio
March 3, 2015
Page 2

On February 27, 2015, the defendant was directed to report to the probation office on the morning of March 2, 2015. The defendant failed to report. At this time the defendant's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/03/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/3/15
Date