PROB 12C
(7/93)

Report Date: April 20, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Silvio Agli          Case Number: 0980 2:11CR06056-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 29, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 and 2; Manufacturing Counterfeit Currency and Aiding and Abetting, 18 U.S.C. § 471 &2; | |
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 29, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 28, 2016 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 3, 2015.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

3         **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

          **Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by committing the offense of theft of a motor vehicle on or prior to March 11, 2015.

          According to reports provided by the Kennewick Police Department, the defendant assisted other individuals in the theft of a vehicle from Alvarez Auto Sales on or prior to March 11, 2015. Reports indicate an officer attempted to stop the stolen vehicle and both the driver and the defendant jumped from the vehicle and ran. The driver was later located and arrested. The defendant was not arrested until March 25, 2015. The defendant is currently detained in the Benton County Jail under case number 15-1-00332-5.

4      **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Robert Agli is considered to be in violation of his period of supervised release by committing the offense of obstructing a public servant on or prior to March 25, 2015.

According to reports provided by the Kennewick Police Department, the defendant was contacted at an apartment complex in Kennewick on March 25, 2015, while they were attempting to serve a warrant. When the defendant was directed to come out and show his hands he ran. Officers gave chase and eventually caught the defendant. He was arrested for the outstanding state warrant for theft of a motor vehicle and his federal warrant. In addition he was charged with resisting arrest, criminal trespass, and obstructing a public servant under Benton County District Court case number 5Z0166131.

On April 15, 2015, the defendant plead guilty to obstructing a public servant and was sentenced to 90 days custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/20/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

4/20/15

Date